**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>DISCOUNT POWER, INC.<br><br>Defendant. | CIVIL ACTION FILE NO. 3:21-cv-01223-VAB |

## STIPULATION OF DISMISSAL

The plaintiff files this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own costs. The putative class claims are dismissed without prejudice.

Dated: December 21, 2021

PLAINTIFF,

By: /s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

DEFENDANT,

By: /s/ Thomas C. Blatchley
Thomas C. Blatchley
Gordon & Rees, LLP
95 Glastonbury Blvd., Ste. 206
Glastonbury, CT 006033
(860) 494-7525
tblatchley@grsm.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

*/s/ Anthony I. Paronich*
Anthony I. Paronich